IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Sandra Lamp

Civil Case # 1:19-cv-2649

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Sandra Lamp

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Pennsylvania

5. Plaintiff's/Deceased Party's state of residence at the time of injury:
   Pennsylvania

6. Plaintiff's/Deceased Party's current state of residence:
   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:
   Pennsylvania Western District Court – Erie, PA

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:
   
   Venue: Paragraph 27
   
   Subject Matter Jurisdiction: Paragraph 23
   
   Personal Jurisdiction: Paragraphs 24 and 26

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- [ ] Günther Tulip® Vena Cava Filter
- [x] Cook Celect® Vena Cava Filter
- [ ] Gunther Tulip Mreye
- [ ] Cook Celect Platinum
- [ ] Other: _____

11. Date of Implantation as to each product:

    02/26/2013

12. Hospital(s) where Plaintiff was implanted (including City and State):

    UPMC Presbyterian - Pittsburgh, PA

13. Implanting Physician(s):

    Geetha Jeyabalan, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

- [x] Count I:    Strict Products Liability – Failure to Warn
- [x] Count II:   Strict Products Liability – Design Defect
- [x] Count III:  Negligence
- [x] Count IV:   Negligence Per Se

3

| | | |
|---|---|---|
| ☑ | Count V: | Breach of Express Warranty |
| ☑ | Count VI: | Breach of Implied Warranty |
| ☑ | Count VII: | Violations of Applicable __Pennsylvania__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ☑ | Count XI: | Punitive Damages |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

_____

_____

_____

_____

15. Attorney for Plaintiff(s):
    Basil E. Adham, Johnson Law Group
    _____

16. Address and bar information for Attorney for Plaintiff(s):

Basil E. Adham (TX Bar No. 24081742)

Johnson Law Group, 2925 Richmond Ave., Suite 1700

Houston, Texas 77098

Respectfully submitted,

By: /s/ Basil E. Adham

Basil E. Adham
TX Bar No 24081742
Johnson Law Group
2925 Richmond Ave., Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 626-3394